1

2  Glenn Zuckerman
   **WEITZ & LUXENBERG, PC**
3  700 Broadway
   New York, New York 10003
4  Telephone: 212-558-5000
   Facsimile: 212-344-5461
5  Attorneys for Plaintiffs

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11

12  This Document Relates to:                    )
                                                 )
13  *Grant Kiser v. Pfizer Inc, et al.*          )   **MDL NO. 1699**
    (06-6118 CRB)                                )   **District Judge:  Charles R. Breyer**
14                                               )
    *Connie Friedman-May, et al. v. Pfizer Inc, et*  )
15  *al.*                                        )
    (06-6119 CRB)                                )
16                                               )   **STIPULATION AND ORDER OF**
    *Noralynn Roman, et al. v. Pfizer Inc, et al.*   )   **DISMISSAL WITH PREJUDICE**
17  (06-6120 CRB)                                )
                                                 )
18  *Sylvania Lawson, Jr., et al. v. Pfizer Inc, et al.*  )
    (06-6121 CRB)                                )
19                                               )
    *Robert McCarrell v. Pfizer Inc, et al.*     )
20  (06-6124 CRB)                                )
                                                 )
21  *Doris Hocker v. Pfizer Inc, et al.*         )
    (06-6129 CRB)                                )
22                                               )
    *Patricia Rogers v. Pfizer Inc, et al.*      )
23  (06-6130 CRB)                                )
                                                 )
24  *Robert Bates, et al. v. Pfizer Inc, et al.* )
    (06-6131 CRB)                                )
25                                               )
    *Patrick Lynch v. Pfizer Inc, et al.*        )
26  (06-6132 CRB)                                )
                                                 )
27  *Christine Sullivan, et al. v. Pfizer Inc, et al.*  )
    (06-6157 CRB)                                )
28                                               )

                                -1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EASTW2584625.1

| | |
|---|---|
| 1 | *Robert E. Murray, et al. v. Pfizer, Inc, et al.* ) |
| | (06-6158 CRB) ) |
| 2 | ) |
| 3 | *Donald Davidson, et al. v. Pfizer Inc, et al.* ) |
| | (06-6161 CRB) ) |
| 4 | *Delores Poyner v. Pfizer Inc, et al.* ) |
| | (06-6165 CRB) ) |
| 5 | ) |
| 6 | *James Chapman, et al. v. Pfizer Inc, et al.* ) |
| | (06-6166 CRB) ) |
| 7 | *Michael Aquino, et al. v. Pfizer Inc, et al.* ) |
| | (06-6168 CRB) ) |
| 8 | ) |
| 9 | *Marie Shepard, et al. v. Pfizer Inc, et al.* ) |
| | (06-6169 CRB) ) |
| 10 | *James I. Jones, et al. v. Pfizer Inc, et al.* ) |
| | (06-6171 CRB) ) |
| 11 | ) |
| 12 | *Thomas Kamin, et al. v. Pfizer Inc, et al.* ) |
| | (06-6173 CRB) ) |
| 13 | *Ruben Dominguez v. Pfizer Inc, et al.* ) |
| | (06-6180 CRB) ) |
| 14 | ) |
| 15 | *Jennie Graziano v. Pfizer Inc, et al.* ) |
| | (06-6186 CRB) ) |
| 16 | *Leroy Horton, et al. v. Pfizer Inc, et al.* ) |
| | (06-6190 CRB) ) |
| 17 | ) |
| 18 | *Jerry Henry, et al. v. Pfizer Inc, et al.* ) |
| | (06-6091 CRB) ) |
| 19 | *Lyle Johnson v. Pfizer Inc, et al.* ) |
| | (06-6194 CRB) ) |
| 20 | ) |
| 21 | *Terry Smith v. Pfizer Inc, et al.* ) |
| | (06-6195 CRB) ) |
| 22 | *Barbara Dondero, et al. v. Pfizer Inc, et al.* ) |
| | (06-6196 CRB) ) |
| 23 | ) |
| 24 | *Barbara Hall v. Pfizer Inc, et al.* ) |
| | (06-6197 CRB) ) |
| 25 | *Patricia Parson v. Pfizer Inc, et al.* ) |
| | (06-6198 CRB) ) |
| 26 | ) |
| 27 | *Effie Crockett, et al. v. Pfizer Inc et al.* ) |
| | (06-6199 CRB) ) |
| 28 | *Lola Kolsen, et al. v. Pfizer Inc, et al.* ) |

-2-

EAST\42584625.1

1 | (06-6200 CRB) )

2 | *Louis Pratt v. Pfizer Inc, et al.* )
    (06-6201 CRB) )

3 |

4 | *Paul Madison v. Pfizer Inc, et al.* )
    (06-6202 CRB) )

5 | *Nancy Smith, et al. v. Pfizer Inc, et al.* )
    (06-6203 CRB) )

6 |

7 | *Walter Johnston v. Pfizer Inc, et al.* )
    (06-6204 CRB) )

8 | *Murry McEwen v. Pfizer Inc, et al.* )
    (06-6205 CRB) )

9 |

10 | *Charles Griffin, et al. v. Pfizer, Inc, et al.* )
     (06-6206 CRB) )

11 | *Debbie Dethrage v. Pfizer Inc, et al.* )
     (06-6207 CRB) )

12 |

13 | *Thomas Saunders, et al. v. Pfizer Inc, et al.* )
     (06-6208 CRB) )

14 | *Rex McDonald v. Pfizer Inc, et al.* )
     (06-6210 CRB) )

15 |

16 | *Winetta P. Gillet, et al. v. Pfizer Inc, et al.* )
     (06-6211 CRB) )

17 | *Marjory Goodwin v. Pfizer Inc, et al.* )
     (06-6212 CRB) )

18 |

19 | *Joy Glenn, et al. v. Pfizer Inc, et al.* )
     (06-6213 CRB) )

20 | *Connie Henderson, et al. v. Pfizer Inc, et al.* )
     (06-6283 CRB) )

21 |

22 | *Aubrey Richardson, et al. v. Pfizer Inc, et al.* )
     (06-7201 CRB) )

23 | *Glenn Snyder, et al. v. Pfizer Inc, et al.* )
     (06-7202 CRB) )

24 |

25 | *Jacques Tetrault, et al. v. Pfizer Inc, et al.* )
     (06-7203 CRB) )

26 | *Patricia Stevens v. Pfizer Inc, et al.* )
     (06-7204 CRB) )

27 |

28 | *Robert Jennings, et al. v. Pfizer Inc, et al.* )
     (06-7205 CRB) )

-3-

1
2   *Alice Richardson, et al. v. Pfizer Inc, et al.*
    (06-7206 CRB)                                        )
3   *Steve Pardikes v. Pfizer Inc, et al.*               )
    (06-7306 CRB)                                        )
4                                                        )
5   *Rosalyn Chute v. Pfizer Inc, et al.*                )
    (06-7381 CRB)                                        )
6   *Carolyn Carter v. Pfizer Inc, et al.*               )
    (06-7570 CRB)                                        )
7                                                        )
8   *Margoth Gonzalez v. Pfizer Inc, et al.*             )
    (06-7571 CRB)                                        )
9   *Albert Blossom, et al. v. Pfizer Inc, et al.*       )
    (06-7676 CRB)                                        )
10                                                       )
11  *Viola Porter v. Pfizer Inc, et al.*                 )
    (06-7882 CRB)                                        )
12  *Tami McKibben, et al. v. Pfizer Inc, et al.*        )
    (06-7883 CRB)                                        )
13                                                       )
14  *Joyce Matson, et al. v. Pfizer Inc, et al.*         )
    (06-7958 CRB)                                        )
15  *Michael Gatz, v. Pfizer Inc, et al.*                )
    (06-7959 CRB)                                        )
16                                                       )
17  *Shamela Carr v. Pfizer Inc, et al.*                 )
    (07-0022 CRB)                                        )
18  *John Kennedy, Jr., et al. v. Pfizer Inc, et al.*    )
    (07-0023 CRB)                                        )
19                                                       )
20  *Debi Sweet v. Pfizer Inc, et al.*                   )
    (07-0231 CRB)                                        )
21  *Clarence Bridges v. Pfizer Inc, et al.*             )
    (07-0413 CRB)                                        )
22                                                       )
23  *Elizabeth Hilton, et al. v. Pfizer Inc, et al.*     )
    (07-0611 CRB)                                        )
24  *Jeffrey Howard, et al. v. Pfizer Inc, et al.*       )
    (07-0816 CRB)                                        )
25                                                       )
26  *Brenda Brunson, et al. v. Pfizer Inc, et al.*       )
    (07-1280 CRB)                                        )
27  *Bernadette Wilson-Blakeney v. Pfizer Inc, et al.* ) 
    (07-1353 CRB)                                        )
28

-4-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\2584625.1

| | |
|---|---|
| 1 | *Emma White, et al. v. Pfizer Inc, et al.* )<br>(07-1432 CRB) ) |
| 2 | ) |
| 3 | *Abraham Nicholas v. Pfizer Inc, et al.* )<br>(07-1570 CRB) ) |
| 4 | *Vanessa King v. Pfizer Inc, et al.* )<br>(06-6815 CRB) ) |
| 5 | ) |
| 6 | *Jack Isaacs v. Pfizer Inc, et al.* )<br>(07-1991 CRB) ) |
| 7 | *Michael Coleman v. Pfizer Inc, et al.* )<br>(07-1992 CRB) ) |
| 8 | ) |
| 9 | *Detrea Robinson v. Pfizer Inc, et al.* )<br>(07-2630 CRB) ) |
| 10 | *Edna Burnette v. Pfizer Inc, et al.* )<br>(07-2690 CRB) ) |
| 11 | ) |
| 12 | *Belinda Rolston, et al. v. Pfizer Inc, et al.* )<br>(07-2691 CRB) ) |
| 13 | *Lorraine Maher v. Pfizer Inc, et al.* )<br>(07-2692 CRB) ) |
| 14 | ) |
| 15 | *Cloteal Smith, et al. v. Pfizer Inc, et al.* )<br>(07-3284 CRB) ) |

Come now all the Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with each side bearing its own attorneys' fees and costs.

-5-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\12584625.1

1

DATED: _l o ̄ 2 9_ 2009      By: _____

2

3                                    **WEITZ & LUXENBERG, PC**
                                     700 Broadway
4                                    New York, New York 10003
                                     Telephone: 212-558-5000
5                                    Facsimile: 212-344-5461

6                                    *Attorneys for Plaintiffs*

7      DATED: Nov. 2, 2009      By: _____

8

9                                    **DLA PIPER LLP (US)**
                                     1251 Avenue of the Americas
10                                   New York, New York 10020
                                     Telephone: 212-335-4500
11                                   Facsimile: 212-335-4501

12                                   *Defendants' Liaison Counsel*

13

14     **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
       IT IS SO ORDERED.**

15

16

17     Dated: **NOV 1 3 2009**
                                  Hon. Charles R. Breyer
18                                United States District Court

19

20

21

22

23

24

25

26

27

28

-6-